# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4367

_____

Tom Clowers

*Plaintiff - Appellant*

v.

Kelly Crandduck; Jason Wood; Charles "Chuck" Snider; Chris C. Snider; Captain
Chris Sparks; Captain Lynn Hahn; Captain Andy Lee, III; Doug Vanscoy; Nathan
Smith; Stephanie McLemore; Rogers Judge Paul Bridges; Springdale Judge Jeff
Harper; Kathy O'Kelly, Springdale Police Chief; Mike Peters, Springdale Asst.
Police Chief; D. Treat, Springdale Patrolman; R. Stewart, Springdale Patrolman

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: August 7, 2017
Filed: August 14, 2017
[Unpublished]

_____

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Tom Clowers appeals following the district court's[1] dismissal of his 42 U.S.C. § 1983 action, and its denial of his motion to reconsider the dismissal.

Having conducted a thorough review, we conclude that dismissal was proper for the reasons explained by the district court. <u>See Plymouth Cty. v. Merscorp, Inc.</u>, 774 F.3d 1155, 1158 (8th Cir. 2014) (grant of motion to dismiss is reviewed de novo). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.